**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Brent T Walko DBA  Lawn Like No** | : | **Case No.: 14-03186** |
| **Other** | : | **Chapter 13** |
| **Angela Walko FKA Angela R Knoble** | : | **Judge Mary D. France** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its

successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in

this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

16-027643_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Brent T Walko DBA  Lawn Like No Other** | : | **Case No.: 14-03186** |
| | : | **Chapter 13** |
| **Angela Walko FKA Angela R Knoble** | : | **Judge Mary D. France** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Jon Matthew Hyams, Attorney for  Brent T Walko DBA  Lawn Like No Other and Angela Walko FKA Angela R Knoble, 555 Gettysburg Pike, Suite C-402, Mechanicsburg, PA 17055, jmh@johnhyamslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 11, 2016:

Brent T Walko DBA  Lawn Like No Other and Angela Walko FKA Angela R Knoble, 636 S Catherine Street, Middletown, PA  17057

Brent T Walko DBA  Lawn Like No Other and Angela Walko FKA Angela R Knoble, 636 South Catherine Street, Middletown, PA 17057


DATE:  _October 11, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

16-027643_PS

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-027643_PS