# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 1:14-bk-03186-RNO |
| **Brent T Walko** | Chapter 13 |
| DBA Lawn Like No Other | Judge Robert N. Opel, II |
| **Angela R. Walko FKA Angela R Knoble** | * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | |
| **Nationstar Mortgage LLC** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | April 5, 2017 at 10:00 a.m. |
| | _____ |
| **Brent T Walko** | |
| DBA Lawn Like No Other | Ronald Reagan Federal Building |
| **Angela R. Walko FKA Angela R Knoble** | 228 Walnut Street |
| | Harrisburg, PA, 17101 |
| **Charles J. DeHart III** | |
| Respondents. | |

## CERTIFICATE OF NON-CONCURRENCE

I, Karina Velter, Esquire, attorney for Nationstar Mortgage LLC, do hereby certify that I did seek concurrence of Debtor's attorney, Jon Matthew Hyams, and the Chapter 13 Trustee, and that concurrence was not reached.

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 1:14-bk-03186-RNO** |
| **Brent T Walko** | **Chapter 13** |
| **DBA Lawn Like No Other** | **Judge Robert N. Opel, II** |
| **Angela R. Walko FKA Angela R Knoble** | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **Nationstar Mortgage LLC** | **Date and Time of Hearing** |
| Movant, | **Place of Hearing** |
| vs | **April 5, 2017 at 10:00 a.m.** |
| | _____ |
| **Brent T Walko** | |
| **DBA Lawn Like No Other** | **Ronald Reagan Federal Building** |
| **Angela R. Walko FKA Angela R Knoble** | **228 Walnut Street** |
| | **Harrisburg, PA, 17101** |
| **Charles J. DeHart III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date, Certificate of Non-Concurrence and Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Jon Matthew Hyams, Attorney for Brent T Walko DBA Lawn Like No Other and Angela R. Walko FKA Angela R Knoble, 555 Gettysburg Pike, Suite C-402, Mechanicsburg, PA 17055, jmh@johnhyamslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 2, 2017:

Brent T Walko DBA Lawn Like No Other and Angela R. Walko FKA Angela R Knoble, 636 S Catherine Street, Middletown, PA 17057

16-027643_BEW1

Brent T Walko DBA Lawn Like No Other and Angela R. Walko FKA Angela R Knoble, 636 South Catherine Street, Middletown, PA 17057-1003

Middletown Area School District, 55 W. Water Street, Middletown, PA 17057

DATE: <u>March 2, 2017</u>

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-027643_BEW1