# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 1:14-bk-03186-RNO** |
| **Brent T Walko** | : | **Chapter 13** |
| **DBA Lawn Like No Other** | : | **Judge Robert N. Opel II** |
| **Angela R. Walko** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **FKA Angela R Knoble** | | |

<b>Debtor(s)</b>

| | | |
|---|---|---|
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **April 6, 2017 at 10:00 a.m.** |
| **vs** | : | |
| | : | |
| **Brent T Walko** | : | **Ronald Reagan Federal Building** |
| **DBA Lawn Like No Other** | : | **228 Walnut Street** |
| **Angela R. Walko** | : | **Harrisburg, PA, 17101** |
| **FKA Angela R Knoble** | : | |

**Charles J. DeHart III**

<b>Respondents.</b>

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Nationstar Mortgage LLC has filed a Response Deadline, and Hearing Date, Certificate of Non-Concurrence and Motion for Relief from the Automatic Stay (First Mortgage) with the Court to permit Nationstar Mortgage LLC to foreclose on the real property at 636 South Catherine Street, Middletown, PA 17057-1003.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 22, 2017, you or your attorney must do **ALL** of the following:

A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA, 17101

16-027643_DCA

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B.   Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Charles J. DeHart III
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Judge Robert N. Opel II on April 6, 2017 at 10:00 a.m. in Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA, 17101.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: _____3/8/17_____

16-027643_DCA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 1:14-bk-03186-RNO** |
| **Brent T Walko** | : | **Chapter 13** |
| **DBA  Lawn Like No Other** | : | **Judge Robert N. Opel II** |
| **Angela R. Walko** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **FKA Angela R Knoble** | | |
| | | |
| | **Debtor(s)** | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| | **Movant,** : | **Place of Hearing** |
| | : | **April 6, 2017 at 10:00 a.m.** |
| **vs** | : | |
| | : | |
| **Brent T Walko** | : | **Ronald Reagan Federal Building** |
| **DBA  Lawn Like No Other** | : | **228 Walnut Street** |
| **Angela R. Walko** | : | **Harrisburg, PA, 17101** |
| **FKA Angela R Knoble** | : | |
| | | |
| **Charles J. DeHart III** | | |
| | **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and

Hearing Date, Certificate of Non-Concurrence and Motion for Relief from the Automatic Stay

(First Mortgage) was served on the parties listed below via e-mail notification:

   United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

   Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA
   17036

   Jon Matthew Hyams, Attorney for  Brent T Walko DBA  Lawn Like No Other and Angela R.
   Walko FKA Angela R Knoble, 555 Gettysburg Pike, Suite C-402, Mechanicsburg, PA
   17055, jmh@johnhyamslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March __8_,
2017:

16-027643_DCA

Brent T Walko DBA  Lawn Like No Other and Angela R. Walko FKA Angela R Knoble, 636 S Catherine Street, Middletown, PA  17057

Brent T Walko DBA  Lawn Like No Other and Angela R. Walko FKA Angela R Knoble, 636 South Catherine Street, Middletown, PA 17057-1003

Middletown Area School District, 55 W. Water Street, Middletown, PA  17057

DATE:  __3/8/17_____

   /s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-027643_DCA