LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Brent T Walko DBA Lawn Like No Other** | : | CHAPTER **13** |
| **Angela R. Walko FKA Angela R Knoble** | : | CASE NO.: **14-03186** |
| | : | |
| Debtor(s) | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | (if applicable) |
| vs | : | |
| | : | Nature of Proceeding: **Hearing on Motion for Relief from the Automatic Stay** |
| **Brent T Walko DBA Lawn Like No Other** | : | |
| **Angela R. Walko FKA Angela R Knoble** | : | Document #: **69** |
| | : | |
| **Charles J. DeHart III** | | |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Additional time is needed for Debtor's counsel to review the payment history.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 3, 2017                     /s/ Karina Velter_____
                                         Attorney for  Nationstar Mortgage LLC__
                                         Name:  _Karina Velter__
                                         Phone Number: _614-220-5611__