```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                            Case No. 14-03186-RNO
Brent T. Walko                                                                    Chapter 13
Angela R. Walko
          Debtors                            CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini                Page 1 of 2          Date Rcvd: Jul 06, 2018
                               Form ID: pdf010               Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Brent T. Walko,    Angela R. Walko,    636 S Catherine Street,    Middletown, PA 17057-1003
4515977        +Account Recovery,    645 Penn Street, 4th Floor,    Reading, PA 19601-3559
4515978        +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                 Harrisburg, Pennsylvania 17101-1722
4515979         Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
4515980        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4515981        +Comcast Cable,    1555 Suzy Street,    Lebanon, PA 17046-8318
4515982        +Commercial Acceptance,    PO Box 3268,    Shiremanstown, pa 17011-3268
4515983        +Convergent Outsourcing, Inc.,    500 SW 7th Street,    Renton, WA 98057-2983
4515985        +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
4515989        +MS Hershey Medical Center,    PO Box 853, MC-A410,    Hershey, PA 17033-0853
4554708        +MSHMC PHYSICIANS GROUP,    PO BOX 854,    HERSHEY, PA 17033-0854
4515988        +Middletown Area School District,    55 W Water Street,    Middletown, PA 17057-1467
4515991        +NATIONSTAR,    350 HIGHLAND DRIVE,    HOUSTON, TX 77009-6623
4575372       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX 75261-9741)
4515992        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4515976        +PO Box 3261,    Harrisburg, PA 17105-3261
4515995        +Pamela L. Miller Tax Collector,    PO Box 216,    Middletown, PA 17057-0216
4515996       #+Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
4515997        +Phelan Hallinan, LLP,    1617 John F. Kennedy Boulevard, Suite 14,    Philadelphia, PA 19103-1821
4516000         Riverside Anesthesia,    1 Rutherford Road, Suite 101,    Harrisburg, Pennsylvania 17109-4540
4554709        +TMSHMC HOSPITAL,    PO BOX 853,    HERSHEY, PA 17033-0853
4516001        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4516002         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4516003        +Youngs Medical Equipment,    6345 Flank Drive, Ste 1400,    Harrisburg, PA 17112-2759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4515984        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 06 2018 18:52:27     CREDIT COLLECTION,
                 PO BOX 9134,    NEEDHAM, MA 02494-9134
4515986         E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 18:52:05      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4515987        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2018 18:58:03      LVNV Funding,
                 PO Box 10584,    Greenville, SC 29603-0584
4515990         E-mail/Text: Bankruptcies@nragroup.com Jul 06 2018 18:52:30      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
4515993        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 06 2018 18:52:13      Office of the U.S. Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4515994         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2018 18:52:11      PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4515998         E-mail/Text: bankruptcynotices@psecu.com Jul 06 2018 18:52:24      PSECU,   P.O. Box 67013,
                 Harrisburg, Pennsylvania 17106-7013
4529058         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2018 18:52:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
4515999        +E-mail/Text: colleen.atkinson@rmscollect.com Jul 06 2018 18:52:29
                 Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4515975         AAA Central Penn
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Jerome B Blank    on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
          John Matthew Hyams    on behalf of Debtor 1 Brent T. Walko jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor 2 Angela R. Walko jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:14-bk-03186 |
| Brent T. Walko | : | |
| Debtor 1 | : | |
| Angela R. Walko | : | CHAPTER 13 |
| Debtor 2 | : | |

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Brent T. Walko and Angela R. Walko with respect to their Chapter 13 case, it is

HEREBY ORDERED that the case of Brent T. Walko and Angela R. Walko, Case No. 1:14-bk-03186, is dismissed.

Dated: July 6, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)